# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 7/2013)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Linda M. Love, Legal Assistant
**2a. CONTACT PHONE NUMBER:** (415) 436-6965
**3a. CONTACT EMAIL ADDRESS:** linda.love@usdoj.gov

**1b. ATTORNEY NAME (if different):** Laura Vartain Horn
**2b. ATTORNEY PHONE NUMBER:** (415) 436-7200
**3b. ATTORNEY EMAIL ADDRESS:** laura.vartain@usdoj.gov

**4. MAILING ADDRESS:** U.S. Attorney's Office, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94501

**5. CASE NAME:** U.S. v. Zeng
**6. CASE NUMBER:** CR-16-0172 JD

**7. COURT REPORTER NAME** ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL    ☑ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL    ☐ CIVIL    ■ CJA: Do not use this form; use Form CJA24

**9. TRANSCRIPT(S) REQUESTED**

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion) |
|---|---|---|---|
| 07/06/17 | JD | Trial | |
| 07/06/17 | JD | Trial | |
| 07/06/17 | JD | Trial | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| Row 1 | ● | ● | ● | | |
| Row 2 | | | | | |
| Row 3 | | | | | |

c. DELIVERY TYPE (Choose one per line)

| | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|
| Row 1 | | | | ● | | |
| Row 2 | | | | | | |
| Row 3 | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/
**12. DATE:** 06/29/2017

**DISTRIBUTION:** ☐ COURT COPY    ☑ TRANSCRIPTION COPY    ☐ ORDER RECEIPT    ☐ ORDER COPY