THOMAS F. CARLUCCI, CA Bar No. 135767
  tcarlucci@foley.com
JAIME DORENBAUM, CA Bar No. 289555
  jdorenbaum@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

DENNIS P. RIORDAN, CA Bar No. 69320
  dennis@riordan-horgan.com
**RIORDAN & HORGAN**
523 OCTAVIA STREET
SAN FRANCISCO, CA 94102
TELEPHONE:  415.431-3472
FACSIMILE:   415.552.2703

Attorneys for Defendant
JING ZENG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00172 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR JOINT BRIEFING SCHEDULE** |
| vs. | Judge: Honorable James Donato |
| JING ZENG, | |
| Defendant. | |

**STIPULATION**

As requested by the Court, counsel for the parties have met and conferred on the following briefing schedule and request the following schedule:

1.      Opening briefs shall be due on September 15, 2017, and shall have a 25 page limit.

2.      Responsive briefs shall be due on September 22, 2017, and shall have a 15 page limit.

3.      Subject to the Court's schedule, the hearing on the briefs and closing arguments is scheduled for October 6, 2017, at 9:30 am.

Date: July 12, 2017

_s/ Thomas F. Carlucci_____

THOMAS F. CARLUCCI

Date: July 12, 2017

_/s/ John Hemann_____

JOHN HEMANN

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Opening briefs shall be due on September 15, 2017 and shall be limited to 25 pages.  Responsive briefs shall be due on September 22, 2017 and shall be limited to 15 pages.  The hearing on the briefs and closing arguments is scheduled for October 6, 2017, at 9:30 am.

Date: July ___, 2017

_____
JAMES DONATO
United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, listed below, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R 5-1.  The undersigned further certifies that a true and correct copy of the foregoing document has been served via mail and e-mail on the counsel of record who are not registered participants of the CM/ECF system, listed below.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2017.

*/s/ Thomas F. Carlucci*

THOMAS F. CARLUCCI

ELECTRONIC MAIL NOTICE LIST

Candace Kelly     Candace.Kelly@usdoj.gov, rosario.calderon2@usdoj.gov

John Henry Hemann     john.hemann@usdoj.gov, jacquelyn.lovrin@usdoj.gov

Joseph E Springsteen     joseph.springsteen@usdoj.gov, CaseView.ECF@usdoj.gov

Laura Elizabeth Vartain Horn     laura.vartain@usdoj.gov, CaseView.ECF@usdoj.gov

Dennis Patrick Riordan     dennis@Riordan-Horgan.com

COURTESY COPY

Chambers Copy
James Donato
United States District Judge
Clerk's Office
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102
Case No. CR 16-00172 JD

4842-7556-6411.1