UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JING ZENG,<br>　　　　Defendant. | Case No. 16-cr-00172-JD-1<br><br>**POST-TRIAL FINDING** |

After consideration of the testimony and evidence admitted at the bench trial, and the parties' post-trial arguments, the Court finds the defendant NOT GUILTY of the remaining charged offense. Because no party made a prior request for specific findings of fact or a written decision under Federal Rule of Criminal Procedure 23(c), none will be issued.

**IT IS SO ORDERED.**

Dated: December 4, 2017

_____
JAMES DONATO
United States District Judge