UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JING ZENG,<br>    Defendant. | Case No. 16-cr-00172-JD-1<br><br>**JUDGMENT** |

Pursuant to the Court's finding of not guilty (Dkt. No. 116), judgment of acquittal is entered for the defendant.

**IT IS SO ORDERED.**

Dated: December 5, 2017

_____
JAMES DONATO
United States District Judge